UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| TEDDY ROBBINS, | ) | |
| --- | --- | --- |
| Petitioner, | ) ) ) | |
| v. | ) ) | No.: 2:19-CV-27-TAV-DCP |
| GEORGIA CROWELL, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and this action is **DISMISSED**. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT